IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | | |
|---|---|---|
| MIKE NOBLE, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:08-76-DCR ECF |
| SERCO, INC. | § § | |
| Defendant. | § | |

**JOINT STATUS REPORT**
**CONCERNING RESPONSES FROM OPT-IN PLAINTIFFS**

As required by the Court's minute order of November 3, 2009 (Dkt. 74), the parties file this joint report to provide information concerning responses received from prospective Plaintiffs and to summarize the parties' position regarding whether alternate notice (via E-mail) may be appropriate.

To date, 112 persons have returned their Consents to Joint Collective Action, which have been filed with the Court.[1]  Because this opt-in rate is substantially higher than anticipated, Plaintiff has determined not to re-urge his request that notice of the lawsuit be disseminated by email.  As such, the parties are in agreement that alternate notice is unnecessary.

(SIGNATURES APPEAR ON FOLLOWING PAGE)

---

[1] Consent forms are due to be postmarked by today, January 4, 2010.  As such, it is possible that additional consent forms may arrive and be filed in the next several days.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **THE YOUNG FIRM, P.C.** | **SEYFARTH SHAW LLP** |

| | |
|---|---|
| /s/ Jeremi K. Young | /s/ Brett C. Bartlett |
| Jeremi K. Young | Brett C. Bartlett |
| *(admitted pro hac vice)* | *(admitted pro hac vice)* |
| Texas Bar No. 24013793 | Georgia Bar No. 040510 |
| 112 West 8th Avenue, Suite 900-D | Heather Havette |
| Amarillo, TX 79101 | *(admitted pro hac vice)* |
| Phone: (806) 331-1800 | Georgia Bar No. 142080 |
| Fax: (806) 398-9095 | 1545 Peachtree St. N.E. |
| | Suite 700 |
| **LOVELL, LOVELL, NEWSOM & ISERN, L.L.P.** | Atlanta, Georgia 30309 |
| | Tel:  (404) 885-1500 |
| Tim Newsom | Fax:  (404) 892-7056 |
| *(admitted pro hac vice)* | |
| Texas Bar No. 00784677 | LOCAL COUNSEL |
| 112 West Eighth Avenue, Suite 1000 | |
| Eagle Centre Building | DINSMORE & SHOHL, LLP |
| Amarillo, Texas 79101-2314 | Barbara B. Edelman |
| Phone: ( 806) 373-1515 | 250 West Main Street, |
| Fax: (806) 379-7176 | Suite 1400 |
| | Lexington, Kentucky 40507 |
| ATTORNEYS FOR PLAINTIFFS | Tel:  (859) 425-1010 |
| | Fax:  (859) 425-1099 |
| | ATTORNEYS FOR DEFENDANT |