UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| MIKE NOBLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3: 08-76-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SERCO, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Upon agreement of the parties [Record No. 109], and the Court being sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED**, with prejudice, the parties to pay costs and fees consistent with their agreement.

This 8th day of October, 2010.



Signed By:
*Danny C. Reeves* DCR
United States District Judge